UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:05CR19 (JCH) |
| | : | |
| VIKTOR NOVOSSELOV | : | August 8, 2022 |
| IGOR MALYAR | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Julie G. Turbert as counsel for the Plaintiff, United States of America, in the above-captioned action.

                                        Respectfully submitted,

                                        VANESSA ROBERTS AVERY
                                        UNITED STATES ATTORNEY

                                        */s/ Julie G. Turbert*
                                        JULIE G. TURBERT
                                        ASSISTANT U.S. ATTORNEY
                                        ATTORNEY BAR # ct23398
                                        157 CHURCH STREET
                                        NEW HAVEN, CT 06510
                                        TELEPHONE: (203) 821-3700
                                        FAX: (203) 773-5373
                                        EMAIL: Julie.Turbert@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022 a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Julie G. Turbert*
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY