UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 3:05CR19 (JCH) |
| : | |
| VIKTOR NOVOSSELOV : | August 8, 2022 |
| IGOR MALYAR : | |

## UNITED STATES' MEMORANDUM IN
## SUPPORT OF MOTION TO UPDATE CLERK'S RECORDS

The United States hereby respectfully files this memorandum in support of its request that this Court direct the Clerk's Office to update its records. The United States' motion should be granted based upon the reasons that follow.

On November 10, 2005, the Defendant, Viktor Novosselov, pleaded guilty to a two-count Information charging him with conspiracy to commit mail fraud, securities fraud, and money laundering. *See* ECF No. 43. On April 9, 2007, Defendant Novosselov was convicted, sentenced, and ordered to pay restitution in the amount of $3,602,425.00, to specified victims of his crime. *See* ECF No. 124.

On December 15, 2005, the Defendant, Igor Malyar, pleaded guilty to a two-count Information charging him with conspiracy to commit mail fraud, securities fraud, and money laundering. *See* ECF No. 57. On May 16, 2008, Defendant Malyar was convicted, sentenced, and ordered to pay restitution in the amount of $3,602,425.00, to specified victims of his crime. *See* ECF No. 165.

The United States has been notified that one of the victims in this case is now deceased. One of the surviving adult children of the deceased victim, who is the Executrix of the victim's

estate, has requested that all future restitution payments for the deceased victim be issued to her. The supporting documentation is filed under seal, simultaneously herewith. Based upon the information provided, the United States respectfully requests that this Court enter an order authorizing the Clerk to update her records so that future restitution disbursements due the deceased victim be made to the Executrix of his estate. Furthermore, to the extent that the Clerk is holding any funds due the deceased victim, the United States requests that the Court direct the Clerk to disburse the subject funds.

Based upon the foregoing, and in the interests of justice, the United States respectfully requests that its motion to update the Clerk's records be granted.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY


  _/s/ Julie G. Turbert_
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL: Julie.Turbert@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, a copy of foregoing United States' Memorandum in Support of Motion to Update Clerk's Records was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       */s/ Julie G. Turbert*
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY