UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:05CR19 (JCH) |
| | : | |
| VIKTOR NOVOSSELOV | : | August 8, 2022 |
| IGOR MALYAR | : | |

### UNITED STATES' MEMORANDUM IN
### SUPPORT OF MOTION TO SEAL

The United States hereby submits this memorandum in accordance with L. Civ. R.

5(e)(4)(b), in support of its Motion to Seal documents supporting the United States' Motion to

Update Clerk's Records, filed contemporaneously herewith. The United States seeks this relief in

accordance with the guidelines set forth in L. Civ. R. 5(e), such that the documents contain

personal information concerning non-parties.

Based upon the foregoing reasons, and in the interest of justice, the Government

respectfully requests that this motion be granted.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY


  /s/ Julie G. Turbert
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL:  Julie.Turbert@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2022, a copy of foregoing United States' Memorandum in Support of Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Julie G. Turbert_
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY